UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **Consent Order of Restitution** |
| v. | 178 |
| OMAR ALRAWASHDEH | S1 25 Cr. 178 (JSR) |

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Joe Zabel, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**1.   Amount of Restitution**

OMAR ALRAWASHDEH, the defendant, shall pay restitution, as provided in Paragraph 3, in the total amount of $30,000,000, pursuant to 18 U.S.C. § 3663(a)(3), to the United States Department of Agriculture ("USDA"), Food and Nutrition Service, P.O. Box 979027, Lock Box 9027, St. Louis, MO. 63197-9000, the victim of the offenses charged in Count One. Payments are to be made to the SDNY Clerk of Court who, in turn, will disburse those payments to the victim at the address stated above. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

**A.   Joint and Several Liability**

The total restitution amount owed by the defendant to the USDA is $30,000,000. This restitution is joint and several with the following defendants in this case:

2025.02.20

Michael Kehoe: $30,000,000 of OMAR ALRAWASHDEH's restitution amount is joint and several with Kehoe.

Mohamad Nawafleh: $30,000,000 of OMAR ALRAWASHDEH's restitution amount is joint and several with Nawafleh.

Gamal Obaid: $30,000,000 of OMAR ALRAWASHDEH's restitution amount is joint and several with Obaid.

Emad Alrawashdeh: $30,000,000 of OMAR ALRAWASHDEH's restitution amount is joint and several with Emad Alrawashdeh.

The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim has recovered the total amount of loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims for the same loss.

2.      **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). While serving any term of imprisonment, the defendant shall make installment payments toward restitution and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). Any unpaid amount remaining upon release from prison will be paid in monthly

installments of at least 10 percent of the defendant's gross income. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3.  **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

4.  **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5.  **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

Jay Clayton
United States Attorney for the
Southern District of New York

By: _____  10/9/25
Joe Zabel                     DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 – 1559

By: _____  10-9-25
OMAR ALRAWASHDEH              DATE

By: _____  10-9-25
Barry Zone                    DATE
405 Lexington Avenue
New York, New York 10174-1299

SO ORDERED:

_____  10-9-25
HONORABLE JED S. RAKOFF   DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                    4